IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

Plaintiff,

v.

DACIANN DIONNE BROWN
472 FLINT STREET
ROCHESTER, NY 14611,                                          6:18CR06010-001

Defendant,

and

LIFETIME ASSISTANCE INCORPORATED
ATTN: PAYROLL
425 PAUL ROAD
ROCHESTER, NY 14624,

Garnishee.

---

<u>WRIT OF CONTINUING GARNISHMENT</u>

GREETINGS TO:  LIFETIME ASSISTANCE INCORPORATED
ATTN: PAYROLL
425 PAUL ROAD
ROCHESTER, NY 14624

An Application for a Writ of Continuing Garnishment against the property of DACIANN DIONNE BROWN, Defendant, has been filed with this Court. A Judgment has been entered against the above-named Defendant in the amount of $182,439.62. As of June 11, 2026, the net balance due on the Judgment is $169,134.62.

You, the Garnishee, are required by law to immediately withhold and retain property in your custody, control or possession in which the judgment debtor, DACIANN DIONNE BROWN, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to Defendant any item attached to this Writ. You are to take this action pending further Order of the above-referenced Court.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, semi-monthly or monthly.

You, the Garnishee, are required by law to Answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which the judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the Garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 100 State Street, Rochester, New York 14614, to be filed. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor at: his/her last known address in Rochester, NY; and to counsel for the United States, at the U.S. Attorney's Office, Attn: Financial Litigation Program, Federal Centre, 138 Delaware Avenue, Buffalo, New York 14202.[1]

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Claim for Exemption form.

---

[1] Pursuant to Fed. R. Crim. P. 49.1, the defendant's social security number has been redacted to the last four digits and the defendant's home address has been redacted to the city and state to prevent public disclosure. Upon request of the court, the full social security number and address will be provided *in camera.*

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a Defendant from employment by reason of the fact that his/her earnings have been subject to garnishment.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your non-compliance with this Writ may result in the Court entering a Judgment against you. That Judgment would be in the amount of the debtor's non-exempt interest in the property in your custody, control or possession that is subject to this Garnishment, up to the outstanding debt balance, plus attorneys' fees. It is unlawful to pay or deliver to Defendant any item attached by this Writ.

**SO ORDERED.**

DATED: _____, 2026
Rochester, New York

_____
HON. FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

3